UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SAMUEL BENEDETTO, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-0115 (RWR) |
| | ) | |
| J.T. SHARTLE, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

**TRANSFER ORDER**

Petitioner currently is serving a 32-month parole violator term at the Elkton Federal Correctional Institution in Lisbon, Ohio. This matter is before the Court on petitioner's application for a writ of habeas corpus.

Habeas corpus actions are subject to jurisdictional and statutory limitations. *See Braden v. 30th Judicial Circuit Court of Kentucky*, 410 U.S. 484 (1973). The proper respondent in a *habeas corpus* action is the petitioner's warden. *Rumsfeld v. Padilla*, 542 U.S. 426, 434-35 (2004); *Blair-Bey v. Quick*, 151 F.3d 1036, 1039 (D.C. Cir. 1998) (citing *Chatman-Bey v. Thornburgh*, 864 F.2d 804, 810 (D.C. Cir. 1988)). Thus, "a district court may not entertain a habeas petition involving present physical custody unless the respondent custodian is within its territorial jurisdiction." *Stokes v. United States Parole Comm'n*, 374 F.3d 1235, 1239 (D.C. Cir. 2004). The Court will transfer this matter to the United States District Court for the Northern District of Ohio, the district where petitioner currently is detained.

Accordingly, it is hereby

1

ORDERED that this action shall be TRANSFERRED to the United States District Court for the Northern District of Ohio. Resolution of petitioner's application to proceed *in forma pauperis* is left to the transferee court to decide.

SO ORDERED.

SIGNED this 15th day of February, 2008.

_____/s/_____
United States District Judge